UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YING WEN, *et al.*,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

    Defendants.

Case No. 3:17-cv-04495-JST

~~[PROPOSED]~~ ORDER

For good cause shown, the Court ADOPTS the parties' proposed briefing schedule:

1. Service of the Administrative Record on Plaintiffs:     January 15, 2018
2. Plaintiffs' Motion for Summary Judgment:     February 14, 2018
3. Defendants' Opposition and Cross-Motion     March 16, 2018
4. Plaintiffs' Opposition and Reply:     April 5, 2018
5. Defendants' Reply:     April 25, 2018

IT IS SO ORDERED.

DATED: December 4, 2017

_____
HON. JON S. TIGAR
United States District Judge