HOLLAND & KNIGHT LLP
Charles L. Coleman III (65496)
David I. Holtzman (299287)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Fax: 415.743.6910
Email: charles.coleman@hklaw.com
david.holtzman@hklaw.com

H. Ronald Klasko, Esq. (*Pro Hac Vice*)
Daniel B. Lundy (*Pro Hac Vice*)
Klasko Immigration Law Partners, LLC
1601 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 825-8608
Fax: (215) 825-8699 fax
Email: RKlasko@klaskolaw.com

Attorneys for Plaintiffs Ying Wen, Hong Chang Yishui Tang, and Golden Gate Global Regional Center

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YING WEN, HONG CHANG, YISHUI TANG, and GOLDEN GATE GLOBAL REGIONAL CENTER,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; ELAINE DUKE, Acting Secretary, U.S. Department of Homeland Security; JAMES MCCAMENT, Acting Director, U.S. Citizenship & Immigration Services; and NICHOLAS COLUCCI, Chief, USCIS Immigrant Investor Program Office,<br><br>　　　　　　Defendants. | Case No.: 3:17-cv-04495-JST<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

For good cause shown, the Court ADOPTS the parties' proposed briefing schedule:

1. Plaintiffs' Motion for Summary Judgment: March 14, 2018

2. Defendants' Opposition and Cross-Motion for Summary Judgment: April 16, 2018

3. Plaintiffs' Opposition and Reply: May 5, 2018

4. Defendants' Reply: May 25, 2018

IT IS SO ORDERED.

DATED: February 15, 2018

_____
HON. JON S. TIGAR
United States District Judge

4838-0613-2043, v. 2