HOLLAND & KNIGHT LLP
Charles L. Coleman III (65496)
David I. Holtzman (299287)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Fax:           415.743.6910
Email:   charles.coleman@hklaw.com
              david.holtzman@hklaw.com

H. Ronald Klasko, Esq. (*Pro Hac Vice*)
Daniel B. Lundy (*Pro Hac Vice*)
Klasko Immigration Law Partners, LLC
1601 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 825-8608
Fax:           (215) 825-8699 fax
Email:   RKlasko@klaskolaw.com

Attorneys for Plaintiffs Ying Wen, Hong Chang Yishui Tang, and Golden Gate Global Regional Center

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YING WEN, HONG CHANG, YISHUI TANG, and GOLDEN GATE GLOBAL REGIONAL CENTER,<br><br>            Plaintiffs,<br><br>     vs.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; ELAINE DUKE, Acting Secretary, U.S. Department of Homeland Security; JAMES MCCAMENT, Acting Director, U.S. Citizenship & Immigration Services; and NICHOLAS COLUCCI, Chief, USCIS Immigrant Investor Program Office,<br><br>            Defendants. | Case No.: 3:17-cv-04495-JST<br><br>**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND FOR SETTLEMENT CONFERENCE** |

Pursuant to the stipulation of the parties and for good cause shown, the Court ADOPTS the parties' proposed modified briefing schedule as follows:

1. Plaintiffs' Motion for Summary Judgment: April 11, 2018
2. Defendants' Opposition and Cross-Motion for Summary Judgment: May 14, 2018
3. Plaintiffs' Opposition and Reply: June 8, 2018
4. Defendants' Reply: June 22, 2018

Pursuant to the request of the parties and Local Rule 7-2, this matter is referred to a settlement conference to be scheduled by, and conducted before, Chief Magistrate Judge Spero at the earliest available date on or after April 2, 2018. Pursuant to ADR Local Rule 7-3, the conference shall be attended by a person or persons who have final authority to settle this action on behalf of plaintiffs, and by a member of the USCIS Chief Counsel's Office with authority to settle on behalf of defendants.

**IT IS SO ORDERED.**

DATED: March 14, 2018

HON. JON S. TIGAR
United States District Judge