# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YING WEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:17-cv-04495-JST <br><br><br> **[PROPOSED] ORDER** |

    This cause comes before the Court upon the parties' Stipulation to Stay Proceedings in this case. Upon consideration of the request and for good cause shown, the Court GRANTS the parties' request to stay proceedings until May 4, 2018.

    IT IS SO ORDERED.

DATED: April 10, 2018

_____
HON. JON S. TIGAR
United States District Judge