UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YING WEN, et al.,

        Plaintiffs,

    v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al.,

        Defendants.

Case No. 17-cv-04495-JST

**ORDER REGARDING STIPULATION TO CONTINUE THE STAY**

Re: ECF No. 35

The Court received the parties' stipulated request to continue the stay set in this case. ECF No. 35. The stay is currently set to expire on May 4, 2018. In an excess of caution, the Court extends all pending Court deadlines by 60 days. Plaintiffs have until June 11, 2018 to file a motion for summary judgment. Defendants have until July 13, 2018 to file their opposition and cross-motion for summary judgment. Plaintiffs have until August 7, 2018 to file their opposition and reply. Finally Defendants have until August 21, 2018 to file their reply.

Given that the Court has extended deadlines by more time than anticipated by the parties' stay request, the Court assumes that no further extensions will be necessary. Any request for an extension must include a declaration explaining why the parties have been unable to file their stipulated dismissal.

**IT IS SO ORDERED.**

Dated: May 2, 2018

                                                   JON S. TIGAR
                                          United States District Judge